THE HENRY A. BARLING, JR., CO., APPELLANT, VS. J. RAVENA BENET, CHRISTINA BENET, HIS WIFE, AND ISABELLA BENET, APPELLEES.

Appeal from Circuit Court St. Johns county.

*W. W. Dewhurst,* for Appellant.

*M. C. Jordan* and *W. A. MacWilliams,* for Appellees.

The bill in this case was filed by the appellant against the appellees. There was decree dismissing the bill, and the complainant appeals. The decree is affirmed.

Decision Per Curiam.

Application for rehearing denied March 10, 1897.